No. 84–954.   CITY OF PRAIRIE VIEW, TEXAS, ET AL. *v.* THOMAS.   C. A. 5th Cir.   Certiorari denied.

No. 84–1148.   HOBSON *v.* UNITED STATES; and
No. 84–1403.   VILLANUEVA *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 84–1225.   COSTANZO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–1270.   CARPENTERS LOCAL UNION NO. 35 *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 84–1300.   UDEY *v.* UNITED STATES;
No. 84–1368.   RUSSELL *v.* UNITED STATES; and
No. 84–6333.   GINTER ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–1332.   BLAUVELT *v.* UNITED STATES; and
No. 84–1352.   BLAUVELT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–1363.   MASSACHUSETTS *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 84–1377.   CABLE NEWS NETWORK, INC. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–1388.   DARVILLE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–1399.   WARD *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–1419.   MAKER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–1449.   CERRI *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–1465.   AMBROSE ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.